# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### OFFICE OF THE CLERK

RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**TAMMY H. DOWNS**                                                                                                (501) 604-5351
    **CLERK**

July 26, 2023

Mary Elizabeth Buckley
Cross, Gunter, Witherspoon & Galchus, P.C.
P.O. Box 3178
Little Rock, AR  72203-3178

Re:        Deficient Filing: Docket Entry No. 1
             Case No. 4:23-CV-00695-LPR, Gates v. First Orion Corp

Dear Ms. Buckley:

     The Clerk's office reviewed the above-referenced document, which was filed electronically, and found it to be deficient as follows:

     Corporate Disclosure Statement not filed with first appearance, pleading, petition, motion, response, or other request (F.R.Cv.P. 7.1).

     To correct a document that has been filed, please email the corrected document in pdf format to the Clerk's office at clerksoffice@ared.uscourts.gov.  **Do not refile the document.**  The original document will remain on the docket, and the response time will run from the date of the original filing.  Please electronically file a new supporting brief, corporate disclosure statement, or diversity disclosure statement.

                                                           Sincerely,

                                                          TAMMY H. DOWNS, CLERK

                                                          By:   K. Rochelle
                                                                     Deputy Clerk