**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DONNIE GATES**                                                                                  **PLAINTIFF**

**v.**                                Case No. 4:23-cv-00695-LPR

**FIRST ORION CORP.**                                                     **DEFENDANT**

### **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant, First Orion Corp. (First Orion), by and through its undersigned counsel, and for its Corporate Disclosure Statement, states:

1. First Orion is a privately-owned Delaware corporation. It has no parent corporation, and no publicly-held corporation directly or indirectly owns or holds 10% or more of stock/interest in First Orion.

                                                   Respectfully submitted,

                                                   Cynthia W. Kolb, Ark. Bar No. 2000156
                                                   Mary E. Buckley, Ark.  Bar No. 2015215
                                                   **CROSS, GUNTER, WITHERSPOON**
                                                        **& GALCHUS, P.C.**
                                                   500 President Clinton Avenue, Suite 200
                                                   Little Rock, Arkansas 72201
                                                   Phone: (501) 371-9999 / Fax: (501) 371-0035
                                                   ckolb@cgwg.com | mbuckley@cgwg.com

                                                   **ATTORNEYS FOR DEFENDANT**
                                                   **FIRST ORION CORP.**